CHRISTOPHER T. HOLLAND (SBN 164053)
GARTH ROSENGREN (SBN 215732)

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for DEFENDANTS
Marat Nigmatzyanov and Yevgeniy Leschinskiy

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MYSPACE, INC., a Delaware corporation,

    Plaintiff,

vs.

OPTINREALBIG.COM, LLC, a Colorado limited liability company, CPA EMPIRE.COM, LLC, a Colorado limited liability company, MEDIA BREAKAWAY, LLC, a Nevada limited liability company, and SCOTT RICHTER, MARAT NIGMATZYANOV, and YEVGENIY LESCHINSKIY, and DOES 1-10, inclusive, individuals,

    Defendants.

Case No. CV-07-0496 GHK (RCx)

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 8-3, plaintiff MySpace, Inc. and defendants Marat Nigmatzyanov and Yevgeniy Leshchinsky stipulate and respectfully request that this Court order as follows:

1. Plaintiff MySpace, Inc. and Defendants Marat Nigmatzyanov and Yevgeniy Leshchinsky are currently in the midst of good faith negotiations to settle this dispute.

---

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT

2. In order to give the parties the additional time necessary to complete their negotiations, the parties hereby stipulate and respectfully request that this Court order that Defendants Marat Nigmatzyanov and Yevgeniy Leshchinsky shall have up to and including May 11, 2007 to move, answer or otherwise respond to the complaint.

3. The parties to this stipulation previously stipulated to extend the time for response to April 11, 2007. This current stipulation is entered into in good faith and not for the purpose of delay.

Dated: March 30, 2007

GARTH ROSENGREN
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: ______________________
Garth Rosengren
Attorneys for Defendants Marat Nigmatzyanov and Yevgeniy Leshchinsky

Dated: March 30, 2007

WILLIAM W. OXLEY
CHRISTOPHER S. RUHLAND
NATHAN J. NOVAK
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ______________________
Christopher S. Ruhland
Attorneys for Plaintiff MySpace, Inc.

## [PROPOSED] ORDER

The Court, having considered the foregoing Stipulation by the parties and good cause appearing, hereby orders that Defendants Marat Nigmatzyanov and Yevgeniy Leshchinsky's answer or other response to Plaintiff MySpace, Inc.'s complaint is due **May 11, 2007**.

**IT IS SO ORDERED.**

Dated: 4/3/07

_____
Hon. George H. King
United States District Judge

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT