| | |
|---|---|
| 1 | JEFFREY A. ROSENFELD (SBN 136896) |
|   | jeffrey.rosenfeld@dlapiper.com |
| 2 | GREGG D. ZUCKER (SBN 166692) |
|   | gregg.zucker@dlapiper.com |
| 3 | DLA PIPER US LLP |
|   | 1999 Avenue of the Stars, Fourth Floor |
| 4 | Los Angeles, California 90067-6022 |
|   | Telephone: (310) 595-3000 |
| 5 | Facsimile: (310) 595-3300 |
| 6 | Attorneys for Defendants |
| 7 | SCOTT RICHTER and MEDIA BREAKWAY LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MYSPACE, INC., a Delaware corporation, | Case No. CV 07-0496 GHK (RCx) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| vs. | |
| OPTINREALBIG.COM, LLC, a Colorado limited liability company, CPA-EMPIRE.COM, LLC, a Colorado limited liability company, MEDIA BREAKAWAY, LLC, a Nevada limited liability company, and SCOTT RICHTER, MARAT NIGMATZYANOV, and YEVGENIY LESCHINSKIY, and DOES 1-10, inclusive, individuals, | Judge: Hon. George H. King |
| | Date: April 30, 2007 |
| | Time: 9:30 a.m. |
| | Ctrm: 650 |
| | Complaint: January 19, 2007 |
| Defendant. | |

WHEREAS, Defendant Scott Richter ("Richter") filed a Motion to Dismiss for Lack of Personal Jurisdiction, which is presently scheduled for hearing on April 30, 2007 at 9:30 a.m.;

WHEREAS, Richter has recently retained new counsel, who is in the process of substituting in as counsel for Richter;

WHEREAS, counsel for Richter and plaintiff MySpace, Inc. have agreed to a continuance of the present hearing date to allow new counsel to get up to speed on

1-LA/934376.1

1. the issues involved with the motion and for the parties to discuss whether the issues raised by the motion may be resolved by stipulation or other agreement;

    NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

    (1) The hearing on Defendant Scott Richter's Motion To Dismiss for Lack of Personal Jurisdiction shall be continued from April 30, 2007 at 9:30 a.m. to May 21, 2007 at 9:30 a.m., or as soon thereafter as the matter may be heard;

    (2) Plaintiff MySpace, Inc. reserves all objections and challenges to the Motion, including but not limited to those based upon the Federal Rules of Civil Procedure and Local Rules of the Court.

Dated: April ____, 2007            DLA PIPER US LLP

                                   By _____
                                   GREGG D. ZUCKER
                                   Attorneys for Defendants
                                   MEDIA BREAKAWAY, LLC, a Nevada
                                   limited liability and SCOTT RICHTER

Dated: April 13, 2007              ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                   By _____
                                   Christopher S. Ruhland
                                   Attorneys for Plaintiff
                                   MYSPACE, INC., a Delaware corporation

## ORDER

Based on the above Stipulation, the hearing on Defendant Scott Richter's Motion to Dismiss for Lack of Personal Jurisdiction is continued from April 30, 2007 at 9:30 a.m. to May 21, 2007 at 9:30 a.m.

DATED: April 16, 2007              _____
                                   Hon. George H. King
                                   United States District Court Judge

1 | the issues involved with the motion and for the parties to discuss whether the issues
2 | raised by the motion may be resolved by stipulation or other agreement;
3 |     NOW, THEREFORE, THE PARTIES HEREBY AGREE AND
4 | STIPULATE AS FOLLOWS:
5 |     (1)   The hearing on Defendant Scott Richter's Motion To Dismiss for Lack
6 | of Personal Jurisdiction shall be continued from April 30, 2007 at 9:30 a.m. to May
7 | 21, 2007 at 9:30 a.m., or as soon thereafter as the matter may be heard;
8 |     (2)   Plaintiff MySpace, Inc. reserves all objections and challenges to the
9 | Motion, including but not limited to those based upon the Federal Rules of Civil
10 | Procedure and Local Rules of the Court.
11 | Dated: April 13, 2007    DLA PIPER US LLP
12 |
13 |     By _____
14 |     GREGG D. ZUCKER
       Attorneys for Defendants
       MEDIA BREAKAWAY, LLC, a Nevada
15 |     limited liability and SCOTT RICHTER
16 | Dated: April ____, 2007    ORRICK, HERRINGTON & SUTCLIFFE, LLP
17 |
18 |
19 |     By _____
       Christopher S. Ruhland
       Attorneys for Plaintiff
20 |     MYSPACE, INC., a Delaware corporation
21 |
22 | **ORDER**
23 | Based on the above Stipulation, the hearing on Defendant Scott Richter's
24 | Motion to Dismiss for Lack of Personal Jurisdiction is continued from April 30,
25 | 2007 at 9:30 a.m. to May 21, 2007 at 9:30 a.m.
26 |
27 | DATED: April ___, 2007    _____
       Hon. George H. King
28 |     United States District Court Judge

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California, 90071-3132.

On April 13, 2007, I served the within document(s):

**STIPULATION AND [PROPSOED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

**SEE ATTACHED SERVICE LIST.**

I am readily familiar with the firm's pratice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  Executed on April 13, 2007, at Los Angeles, California.

2  I declare under penalty of perjury that I am employed in the office of a
3  member of the bar of this court at whose direction the service was made, and that
4  the foregoing is true and correct.

        _____
            Lydia A. Ramirez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/934431.1                    5

# SERVICE LIST

## MySpace, Inc. v. Optinrealbig.com, et al.
### Case No.: CV 07-0496-GHK (RCx)

| | |
|---|---|
| William W. Oxley, Esq.<br>woxley@orrick.com<br>Christopher S. Ruhland, Esq.<br>cruhland@orrick.com<br>Nathan J. Novak, Esq.<br>nnovak@orrick.com<br>**ORRICK, HERRINGTON &<br>SUTCLIFFE LLP**<br>777 S. Figueroa Street, #3200<br>Los Angeles, CA 90017<br>Tel: (213) 629-2020<br>Fax: (213) 612-2499 | *Attorneys for Plaintiff* |
| Pete Wellborn, Esq.<br>pete@wellbornlaw.com<br>**WELLBORN & WALLACE**<br>1175 Peachtree St. NE<br>100 Colony Square, Suite 300<br>Atlanta, GA 30361<br>Tel: (404) 815-9595<br>Fax: (404) 815-9957 | |
| Christopher T. Holland, Esq.<br>cholland@kksrr.com<br>**KRIEG, KELLER, SLOAN,<br>REILLEY & ROMAN**<br>114 Sansome Street, #400<br>San Francisco, CA 94101<br>Tel: (415) 249-8330<br>Fax: (415) 249-8333 | *Attorneys for Defendants MARAT<br>NIGMATZYANO and YEVGENIY<br>LESHCHINSKY* |