David L. Schrader (SBN 149638)
Morgan, Lewis & Bockius, LLP
300 S. Grand Ave., 22nd Floor
Los Angeles, CA 90071
Telephone 213.612.2500
Facsimile 877.432.9652

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAY - 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED
2007 MAY -2 PM 2:22
CLERK U.S. DIST.
CENTRAL DIST.
LOS ANGELES
BY

DOCKETED ON CM
MAY - 7 2007
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MYSPACE, INC., a Delaware corporation,

Plaintiff(s)

v.

OPTINREALBIG.COM, LLC., etc., et al.,

Defendant(s)

CASE NUMBER

CV 07-0496 GHK (RCx)

**SUBSTITUTION OF ATTORNEY**

Scott Richter
*Name of Party*

[ ] Plaintiff  [x] Defendant  [ ] Other

hereby substitutes David L. Schrader of Morgan, Lewis & Bockius, LLP  who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   300 S. Grand Ave., 22nd Floor
                                                                *Street Address*

Los Angeles, CA 90071         213.612.2500        877.432.9652         149638
*City, State, Zip Code*      *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Jeffrey A. Rosenfeld and Gregg D. Zucker of DLA Piper US LLP
                                                *Present Attorney*

Dated: April 30, 2007

_____
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: April 25, 2007

_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: April 23, 2007

_____
*Signature of New Attorney*

Substitution of Attorney is hereby  [✓] Approved.    [ ] Denied.

Dated: 5/3/07

_____
*United States District Judge / Magistrate Judge*

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California, 90071-3132.

On May 2, 2007, I served the within document(s):

**SUBSTITUTION OF ATTORNEY FOR DEFENDANT SCOTT RICHTER**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

- ☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

- ☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

**SEE ATTACHED SERVICE LIST.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 2, 2007, at Los Angeles, California.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/935707.1

1   I declare under penalty of perjury that I am employed in the office of a
2  member of the bar of this court at whose direction the service was made, and that
3  the foregoing is true and correct.

_____
Trisha R. Elegino

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/935707.1

## SERVICE LIST

MySpace, Inc. v. Optinrealbig.com, et al.
Case No.: CV 07-0496-GHK (RCx)

| | |
|---|---|
| William W. Oxley, Esq.<br>woxley@orrick.com<br>Christopher S. Ruhland, Esq.<br>cruhland@orrick.com<br>Nathan J. Novak, Esq.<br>nnovak@orrick.com<br>**ORRICK, HERRINGTON &**<br>**SUTCLIFFE LLP**<br>777 S. Figueroa Street, #3200<br>Los Angeles, CA 90017<br>Tel: (213) 629-2020<br>Fax: (213) 612-2499 | *Attorneys for Plaintiff* |
| Christopher T. Holland, Esq.<br>cholland@kksrr.com<br>**KRIEG, KELLER, SLOAN,**<br>**REILLEY & ROMAN**<br>114 Sansome Street, #400<br>San Francisco, CA 94101<br>Tel: (415) 249-8330<br>Fax: (415) 249-8333 | *Attorneys for Defendants MARAT*<br>*NIGMATZYANO and YEVGENIY*<br>*LESHCHINSKY* |