```
CHIRSTOPHER T. HOLLAND (SBN 164053)
cholland@kksrr.com
ANJALI KURANI (SBN 227075)
akurani@kksrr.com

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for DEFENDANTS
Marat Nigmatzyanov and Yevgeniy Leschinskiy
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPTINREALBIG.COM, LLC, a Colorado limited liability company, CPA EMPIRE.COM, LLC, a Colorado limited liability company, MEDIA BREAKAWAY, LLC, a Nevada limited liability company, and SCOTT RICHTER, MARAT NIGMATZYANOV, and YEVGENIY LESCHINSKIY, and DOES 1-10, inclusive, individuals,<br><br>Defendants. | Case No. CV-07-0496 GHK (RCx)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 8-3, plaintiff MySpace, Inc. and defendants Marat Nigmatzyanov and Yevgeniy Leshchinsky stipulate and respectfully request that this Court order as follows:

1. The good faith settlement discussions between plaintiff MySpace, Inc. and defendants Marat Nigmatzyanov and Yevgeniy Leshchinsky have

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME TO RESPOND

resulted in a draft settlement document, which the parties are reviewing, actively discussing, and attempting to finalize.

2. The parties have twice stipulated to extend the time for response, currently up to and including thirty (30) days to May 11, 2007. This further stipulation is entered into in good faith and not for the purpose of delay, but rather to allow the parties to try and capitalize on their previous efforts and complete the written settlement document without further involvement of this Court.

3. Thus, in order to give the parties the additional time necessary to complete their negotiations and to preserve judicial resources, the parties hereby stipulate and respectfully request that this Court order that Marat Nigmatzyanov and Yevgeniy Leshchinsky shall have up to and including June 11, 2007 to move, answer or otherwise respond to the complaint.

Dated: May 11, 2007

CHRISTOPHER T. HOLLAND
KRIEG, KELLER, SLOAN, REILLEY &
ROMAN LLP

By: _____
Christopher T. Holland
Attorneys for Defendants Marat
Nigmatzyanov and Yevgeniy Leshchinsky

Dated: May 11, 2007

WILLIAM W. OXLEY
CHRISTOPHER S. RUHLAND
NATHAN J. NOVAK
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Christopher S. Ruhland
Attorneys for Plaintiff MySpace, Inc.

- 2 -

STIPULATION REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT

## [PROPOSED] ORDER

The Court having considered the foregoing Stipulation by the parties, and good cause appearing, hereby orders that Defendants' Marat Nigmatzyanov and Yevgeniy Leshchinsky answer or other response to Plaintiff MySpace, Inc.'s complaint is due **June 11, 2007**.

**IT IS SO ORDERED.**

Dated: 5/14/07

Hon. George H. King
United States District Judge

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME TO RESPOND