MySpace Inc v. Optinrealbig.com LLC et al                                                                           Doc. 25



P/SEND

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MySPACE INC., | CASE NO. CV 07-00496 GHK (RCx) |
| Plaintiff(s), | **ORDER SETTING SCHEDULING CONFERENCE** |
| v. | (REVISED AS OF JUNE 2007) |
| OPTINREALBIG.COM, LLC, et al | **READ IMMEDIATELY** |
| Defendant(s). | |

    Counsel shall read this order carefully and shall have available the Federal Rule of Civil Procedure 26 in complying with this Order.

**I. THIS MATTER IS SET FOR SCHEDULING CONFERENCE ON:**

    <u>**MONDAY, AUGUST 13, 2007 AT 1:30 P.M.**</u>, at the Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 650, Los Angeles, California.

    Counsel primarily responsible for the conduct of this litigation and who has the authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed, or the party if unrepresented, **SHALL ATTEND IN PERSON.**

//





Dockets.Justia.co

## II. PARTIES' PLANNING MEETING PURSUANT TO RULE 26(f)

By no later than **July 16, 2007,** counsel for all appearing parties and all unrepresented appearing parties, if any, shall meet, in person, and discuss the matters set forth in Federal Rule of Civil Procedure 26(f) as well as those items identified in Part III, below.

## III. REPORT OF PARTIES' PLANNING MEETING

By no later than **JULY 30, 2007,** counsel for all appearing parties and all unrepresented appearing parties, if any, shall file a joint **"REPORT OF PARTIES' PLANNING MEETING"** which shall (1) be so labeled, (2) state the date of the Scheduling Conference set above by this Order, and (3) address not only those subjects in Rule 26(f), but also the following:

   A. The basis for subject matter jurisdiction;

   B. A Concise statement of the factual and legal basis of the claims and defenses;

   C. The Prospects of the parties exercising their right under 28 U.S.C. § 636 to consent to the designation of a Magistrate Judge to conduct all proceedings (including trial) and final disposition pursuant to General Order 194-G. In this regard, counsel should note that they may select any Magistrate Judge (*i.e.*, counsel are not limited to consenting to the Magistrate Judge assigned to this case) for such purposes, as long as all parties concur and the selected Magistrate Judge is available. Counsel should also note that the Magistrate Judges will issue their own scheduling orders, and will be able to give the parties a "date certain" for trial. **COUNSEL SHALL DISCUSS THIS SUBJECT SPECIFICALLY WITH HIS/HER CLIENT**, and the parties' position on the REPORT OF PARTIES' PLANNING MEETING shall reflect the considered and informed judgment of the parties;

   D. The Proposed completion date for all discovery shall. If the parties anticipate calling expert witnesses, they shall propose a schedule for compliance

2

with Rule 26(a)(2) and the completion of any discovery directed at such expert witnesses;

    E. The Proposed dates for Pre-Trial Conference and Trial;

    F. The Major procedural or evidentiary problems, if any;

    G. The Prospects of settlement and proposed (1) date and (2) procedure for compliance with Local Rules 16-15 to 16-15.9;

    H. A realistic estimate of the number of court days required to present each side's case-in-chief;

    I. Whether trial is to be by jury or by the court;

    J. The name of the attorney(s) who will actually try the case on the actual trial date.

## IV. SANCTIONS FOR NON-COMPLIANCE

Counsel and any unrepresented party are warned that failure to comply fully and strictly with this Order may lead to the imposition of all appropriate sanctions.

**IT IS SO ORDERED.**

DATED: _____6/29_____, 2007

                                          GEORGE H. KING
                                          United States District Judge