ORIGINAL

MySpace Inc v. Optinrealbig.com LLC et al    P/SEND    Doc. 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-496-GHK (RCx) | Date | July 11, 2007 |
|---|---|---|---|

Title: *Myspace, Inc. v. Optinrealbig.com, LLC, et al.*

Presiding: The Honorable **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
None                                 None

**Proceedings:**    (In Chambers) Order Re: Pending Motions

On June 25, 2007, Plaintiff filed a Motion for a Preliminary Injunction in the above-captioned matter. On July 6, 2007, Defendants Media Brakeaway, LLC and Scott Richter (the "Remaining Defendants") filed a request to cross examine certain declarants who filed declarations in support of Plaintiff's motion. The Remaining Defendants request, in the alternative, that we allow these declarants to be deposed prior to the hearing on Plaintiff's motion. *See* L.R. 7-8. We order as follows:

The hearing for this matter, currently set for July 16, 2007, at 9:30 A.M. is hereby **VACATED**, and **RESET** on the Court's calendar for oral argument on August 13, 2007, at 9:30 A.M. The parties to the motion—both Plaintiff and the Remaining Defendants—are hereby given leave to take the deposition of any declarant who submitted a declaration in support of, or opposition to, Plaintiff's motion. Such depositions shall be taken on a weekday during regular business hours on two (2) calendar days notice—not inclusive of weekends and legal holidays. L.R. 7-8; *see also* Fed. R. Civ. P. 6(a). All such depositions shall be completed and lodged with the Court by August 1, 2007. By August 6, 2007, each party may submit a supplemental memorandum, not to exceed five (5) pages in length, addressing **only** factual issues presented by the deposition evidence. The parties shall inform the deponents that, should we determine that in-court cross examination of any declarant would be helpful to our resolution of the merits of the motion, these witnesses will be ordered produced at the hearing on further order, to be issued not later than three (3) days prior to the hearing. L.R. 7-8.

The Remaining Defendants' Motion to Compel Arbitration, currently set on the Court's calendar for oral argument on July 30, 2007, is hereby **TAKEN OFF CALENDAR**. The parties shall file their respective oppositions and replies, in accord with the Local Rules, as if the motion remained set for that date. Upon completion of briefing on the motion, we will take the matter under submission for resolution without oral argument. L.R. 7-15.

**IT IS SO ORDERED.**

Initials of Preparer    Bea

DOCKETED ON CM  JUL 12 2007  BY 002

Dockets.Justia.com