MySpace Inc v. Optinrealbig.com LLC et al    Doc. 45

```
1  WILLIAM W. OXLEY (State Bar No. 136793)
   woxley@orrick.com
2  CHRISTOPHER S. RUHLAND (State Bar No. 175054)
   cruhland@orrick.com
3  KHAI LEQUANG (State Bar No. 202922)
   klequang@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street
5  Suite 3200
   Los Angeles, CA 90017
6  Telephone: 213-629-2020
   Facsimile:  213-612-2499
7
   Attorneys for Plaintiff
8  MySpace, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., a Delaware corporation, | Case No. CV-07-0496 GHK (RCx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MARAT NIGMATZYANOV AND YEVGENIY LESCHINSKIY** |
| vs. | |
| OPTINREALBIG.COM, LLC, a Colorado limited liability company, CPA EMPIRE.COM, LLC, a Colorado limited liability company, MEDIA BREAKAWAY, LLC, a Nevada limited liability company, and SCOTT RICHTER, MARAT NIGMATZYANOV, and YEVGENIY LESHCHINSKIY, and DOES 1-10, inclusive, individuals, | |
| Defendants. | |

OHS West:260267789.1

1  NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. Rule 41(a), plaintiff MySpace, Inc. voluntarily dismisses the above-captioned action, with prejudice, against defendants Marat Nigmatzyanov and Yevgeniy Leschinskiy.

Dated: July 12, 2007

WILLIAM W. OXLEY
CHRISTOPHER S. RUHLAND
KHAI LEQUANG
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Khai LeQuang
Attorneys for Plaintiff MySpace, Inc.

OHS West 260267789 1

-1-

## PROOF OF SERVICE

I declare that I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Orrick, Herrington & Sutcliffe, LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017. On July 13, 2007, I served the following document(s):

**Notice of Voluntary Dismissal of Defendants Marat Nigmatzyanov and Yevgeniy Leschinskiy**

Via U.S. Mail to the person(s) at the address(es) set forth below:

**David L. Schrader, Esq.**
**Morgan, Lewis & Bockius LLP**
**300 S. Grand Ave., 22nd Floor**
**Los Angeles, CA 90071**

**Christopher T. Holland, Esq.**
**Krieg, Keller, Sloan, Reilley & Romn**
**114 Sansome Street, #400**
**San Francisco, CA 94101**

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2007, Los Angeles, California.

*Maggie St. Germain*
Maggie St. Germain

OHS West 260267789 1                  - 2 -