MySpace Inc v. Optinrealbig.com LLC et al                                                                    Doc. 6

**ORIGINAL**                                P/SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.  CV 07-0496 GHK (RCx) | Date  08/10/07 |
| Title  *Myspace Inc., vs. Optinrealbig com, LLC, et al* | |

**Presiding: The Honorable    GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None                                                                  None

**Proceedings:**     (In chambers) **MOTION BY PLAINTIFF FOR PRELIMINARY INJUNCTION;**

On the court's own motion, this matter, noticed for hearing on August 13, 2007 at 9:30 a.m., is **taken off calendar** and will be taken under submission without oral argument on that date. F.R.Civ.P. 78; Local Rule 7-15 (formerly 7.11). No appearance by counsel shall be necessary. The hearing date is vacated. Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

**IT IS SO ORDERED.**



Initials of Preparer    Bea