```
 1  GREENBERG TRAURIG, LLP
    IAN C. BALLON (SBN 141819)
 2  WENDY M. MANTELL (SBN 225544)
    LORI CHANG (SBN 228142)
 3  NINA D. BOYAJIAN (SBN 246415)
 4  2450 Colorado Avenue, Suite 400E
    Santa Monica, California 90404
 5  Telephone  (310) 586-7700
    Facsimile: (310) 586-7800
 6  Email: ballon@gtlaw.com, mantellw@gtlaw.com,
 7  changl@gtlaw.com, boyajiann@gtlaw.com

 8  Attorneys for Plaintiff
    MYSPACE, INC.
 9
10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13
14  MYSPACE, INC., a Delaware          CASE NO. CV-07-0496 GHK (RCx)
    Corporation,
15
16           Plaintiff,                NOTICE OF SUBSTITUTION OF
                                       COUNSEL AND ORDER
17  vs.
18  OPTINREALBIG.COM, LLC, a           The Honorable George H. King
    Colorado limited liability company,
19  CPA EMPIRE.COM, LLC, a             DATE FILED:    July 2, 2007
    Colorado limited liability company,
20  MEDIA BREAKAWAY, LLC, a
21  Nevada limited liability company, and
    SCOTT RICHTER, MARAT
22  NIGMATZYANOV, and
23  YEVGENIY LESCHINSKIY, and
    DOES 1-10, inclusive, individuals,
24
25           Defendants.
26
27
28
            NOTICE OF SUBSTITUTION OF COUNSEL
    LA 126924125v2 8/28/2007
```



TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

William W. Oxley, Christopher S. Ruhland, Nathan J. Novak, and the law firm of Orrick, Herrington & Sutcliffe LLP hereby **WITHDRAW** as counsel to Plaintiff MySpace, Inc and that Ian C. Ballon, Wendy M. Mantell, Lori Chang, Nina D Boyajian, and the law firm of Greenberg Traurig, LLP **HEREBY ENTER THEIR APPEARANCE** as substitute counsel for Plaintiff MySpace, Inc. in the above noted case. All pleadings henceforth should be served upon the following:

> Ian C. Ballon (SBN 141819)
> Wendy M. Mantell (SBN 225544)
> Lori Chang (SBN 228142)
> Nina D. Boyajian (SBN 246415)
> GREENBERG TRAURIG, LLP
> 2450 Colorado Avenue, Suite 400E
> Santa Monica, California 90404
> Telephone. (310) 586-7700
> Facsimile: (310) 586-7800
> Email: ballon@gtlaw.com, mantellw@gtlaw.com, changl@gtlaw.com, boyajiann@gtlaw.com

DATED: August __, 2007        MYSPACE, INC

By _____
Michael J. Angus
Executive Vice President and General Counsel

DATED: ~~August~~ September 7, 2007        GREENBERG TRAURIG, LLP

By _____
Ian C. Ballon

1
NOTICE OF SUBSTITUTION OF COUNSEL
LA 126924125v2 8/28/2007

**IT IS SO ORDERED**

DATE: 9/24/07

_____
United States District Judge

| | | |
|---|---|---|
| 1 | DATED: August 10, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | William W. Oxley |
| | | Christopher S. Ruhland |
| 5 | | Nathan J. Novak |

2

NOTICE OF SUBSTITUTION OF COUNSEL

LA 126924125v2 8/28/2007

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

    On September 10, 2007, I served the **NOTICE OF SUBSTITUTION OF COUNSEL** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| David Schrader, Esq. | William W. Oxley, Esq. |
| Brian M. Jazaeri, Esq. | Christopher S. Ruhland, Esq |
| Neal S Salisian, Esq. | Nathan J. Novak, Esq. |
| Morgan Lewis & Bockius LLP | Orrick, Herrington & Sutcliffe LLP |
| 300 S Grand Ave | 777 S Figueroa Street, Suite 3200 |
| Los Angeles, CA 90071 | Los Angeles, CA 90017 |
| Tel: (213) 612-2500 | |
| Fax: (213) 612-2501 | Former counsel for Plaintiff MySpace, Inc. |

Attorneys for Defendants
Media Breakaway, LLC and
Scott Richter

Christopher Holland, Esq.
Krieg, Keller, Sloan, Reilley & Roman
114 Sansome Street, 4th Floor
San Francisco, CA 94104-3898
Tel: (415) 249-8330
Fax: (415) 249-8333

Attorneys for Defendants Marat
Nigmatzyanov and Yevgeniy Leshchinsky

☒ **(BY MAIL)**
    ☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business

☐ **(BY FEDERAL EXPRESS)**
    I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I

1

NOTICE OF SUBSTITUTION OF COUNSEL

126937276 1

am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On September 10, 2007, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(1)(4), I caused the machine to print a transmission record of the transmission

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Santa Monica, California.

☒ **(FEDERAL)**      I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2007, at Santa Monica, California.

*Alexia Heatherly*