GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
KRISTIN DION (SBN 244182)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: ballon@gtlaw.com, mantellw@gtlaw.com, dionk@gtlaw.com

E-FILED: 7/8/2008
**JS-6**

Attorneys for Plaintiff
MYSPACE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSPACE, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>OPTINREALBIG.COM, LLC, a Colorado limited liability company, CPA EMPIRE.COM, LLC, a Colorado limited liability company, MEDIA BREAKAWAY, LLC, a Nevada limited liability company, and SCOTT RICHTER, MARAT NIGMATZYANOV, and YEVGENIY LESCHINSKIY, and DOES 1-10, inclusive, individuals,<br><br>            Defendants. | CASE NO. CV-07-0496 GHK (RCx)<br><br>**[Proposed] JUDGMENT CONFIRMING ARBITRATION AWARD** |

The parties, Plaintiff MySpace, Inc. ("MySpace") and defendants Scott Richter and Media Breakaway, LLC, having stipulated to judgment in conformity with the Final Award (the "Award") of the arbitrator, which stipulation is attached hereto as Exhibit 1, **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. Plaintiff MySpace, Inc. is awarded $6,079,751.04 in damages, attorneys' fees and costs against Media Breakaway and Scott Richter, jointly and severally, in conformity with the Award, which is incorporated herein by this reference; and

2. Media Breakaway and its agents and employees shall be and hereby are enjoined and restrained from:

(a) accessing or using the MySpace.com website, MySpace internet messaging service and/or any other services offered by or through MySpace (the "MySpace Service") for commercial purposes, or inducing others to do so;

(b) sending, transmitting, initiating or procuring any emails, instant messages, bulletins, comments, friend requests, or other electronic communications from or to any MySpace user or MySpace account, for commercial purposes, or inducing others to do so;

(c) using, inducing or paying others to use the MySpace Service for a commercial purpose;

(d) establishing, maintaining, renting, leasing, purchasing, acquiring, transferring, using or inducing others to establish, maintain, rent, lease, purchase, acquire, or transfer any MySpace profiles or accounts;

(e) using or inducing others to use for a commercial purpose any automated scripts, bots, or other executable programs to transmit, send, initiate or procure any email, instant message, bulletin, comment, friend request or other electronic communication in connection with any MySpace account or the MySpace Service, or providing such programs to third parties to use in this way;

    (f) soliciting, requesting, phishing or otherwise taking any action for a commercial purpose to induce a MySpace user to provide identifying information, including MySpace account information such as a username and/or password;

    (g) using or inducing others to use another MySpace user's identifying information for a commercial purpose, including MySpace account information such as username and/or password, to gain access to a MySpace account; and

    (h) registering, purchasing, acquiring, selling or leasing, transferring, using or trafficking in, any Internet domain names containing the terms "myspace," or any confusingly similar terms.

    3. This injunction shall not apply to paid advertising or other contractual arrangements agreed to by MySpace.

**IT IS SO ORDERED.**

DATED:  7/8 , 2008    _____
            The Honorable George H. King
            UNITED STATES DISTRICT JUDGE

Submitted by:

GREENBERG TRAURIG, LLP


 /s/ Wendy M. Mantell
Ian C. Ballon
Wendy M. Mantell
Kristin Dion

Attorneys for Plaintiff
MYSPACE, INC.